UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JESUS TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT & ASSOCIATES, P.C., a Texas Professional Corporation; and JOHN AND JANES DOES 1-10,<br><br>Defendants. | Civil Action No. 7:20-cv-00059 |

## NOTICE OF SETTLEMENT

Plaintiff, Jesus Trevino, hereby notifies the Court that the Parties have reached a settlement as it relates to Plaintiff's individual claims. The Parties plan to file a Stipulation of Dismissal (with prejudice as to Plaintiff and without prejudice as to the rights of the putative class) once they have finalized and executed the necessary paperwork.

Respectfully submitted,

Dated: August 5, 2020

*s/ Katelyn B. Busby*
Katelyn B. Busby
   AR Bar No. 2014133; SDTX No. 3466595
Andrew T. Thomasson, Attorney-in-Charge
   NJ Bar No. 048362011; SDTX No. 2347873
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315
Telephone: (973) 548-0122
Facsimile: (973) 532-5868
E-Mail: andrew@sternthomasson.com
E-Mail: katelyn@sternthomasson.com

Joseph A. George
    TX Bar No. 24082319; SDTX No. 3158394
THE LAW OFFICE OF JOSEPH A. GEORGE, PLLC
P.O. Box 147
Olmito, TX 78575
Telephone: (210) 410-3689
E-Mail: joseph@josephageorge.com

*Attorneys for Jesus Trevino*